**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Sandra ELLIOTT, Defendant-Appellant.**

**No. 16-6904**

United States Court of Appeals, Fourth Circuit.

Submitted: November 22, 2016

Decided: November 28, 2016

Sandra Elliott, Appellant Pro Se. William Miller Gilmore, Jennifer P. May-Parker, Stephen Aubrey West, Assistant United States Attorneys, Kimberly Ann Moore, Seth Morgan Wood, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sandra Elliott appeals the district court's order denying her motion seeking a new trial pursuant to Fed. R. Crim. P. 33 and a judgment of acquittal pursuant to Fed. R. Crim. P. 29. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Elliott, No. 5:09–cr–00383–BO–1 (E.D.N.C. June 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED